No. 734. F. W. WOOLWORTH Co. *v.* CONTEMPORARY ARTS, INC. C. A. 1st Cir. Certiorari granted, limited to the question presented by the application of § 101 (b) of Title 17 of the United States Code to this case. *Martin A. Schenck* and *Kenneth W. Greenawalt* for petitioner. *Cedric W. Porter* for respondent.

No. 405, Misc. WOTTLE, ADMINISTRATOR, *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Co. C. A. 10th Cir. Certiorari granted. *John L. Laskey* for petitioner. *E. C. Iden* and *R. S. Outlaw* for respondent.

No. 611. CONSOLIDATED GAS ELECTRIC LIGHT & POWER Co. OF BALTIMORE *v.* PENNSYLVANIA WATER & POWER Co. ET AL.; and
No. 612. PUBLIC SERVICE COMMISSION OF MARYLAND *v.* PENNSYLVANIA WATER & POWER Co. ET AL. C. A. 4th Cir. Certiorari denied. *Harry N. Baetjer, Alfred P. Ramsey, G. Kenneth Reiblich* and *John Henry Lewin* for petitioner in No. 611. *Charles D. Harris* for petitioner in No. 612. *William J. Grove* and *Thomas M. Kerrigan* for the Pennsylvania Public Utility Commission; and *Wilkie Bushby* and *James Piper* for the Pennsylvania Water & Power Co., respondents. *Solicitor General Perlman* and *Bradford Ross* filed a memorandum for the Federal Power Commission, as *amicus curiae,* supporting the petitions. Reported below: 194 F. 2d 89.

No. 690. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST Co., EXECUTOR, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry D. Ruddiman* and *John W. Gaskins* for petitioner. *Solicitor General Perl-*